IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| JESUS M. MARTINEZ FUENTES Debtor | 11-05546 MCF Ch. 13 *Asset Case* |

NOTICE OF AMENDED CH. 13 PLAN
AND CERTIFICATE OF SERVICE

TO ALL PARTIES IN INTEREST:

Pursuant to 11 U.S.C. §1323(a) and Rule 3015(d) F.R.B.P., debtor herewith gives notice that the attached amended plan dated *September 04, 2011* has been filed. This plan replaces and supersedes any and all plans previously filed in this case.

CERTIFICATE OF SERVICE: The undersigned hereby certifies that this document was filed electronically on this same date using the CM/ECF system which will send notice of such filing to ECF participants: José R. Carrión, Ch. 13 Trustee, ecfmail@ch13pr.com; and by regular mail to all parties in interest as per the attached master address list.

DATED: 09/04/11

                                              ANGEL M. EGOZCUE LAW OFFICES
                                              P.O.Box 366087
                                              San Juan, P.R. 00936-6087
                                              Tel: 781-5635 Fax: 793-8193
                                  By:    */s/ Angel Medina Arana*
                                              Angel L. Medina Arana
                                              *Attorney for the Above Named Debtor*
                                              U.S.D.C.#201408

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE: JESUS M. MARTINEZ FUENTES

DEBTOR(S)

BK. CASE # 11-05546 MCF

CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** • The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. • This plan does not allow claims. Any party entitled to receive disbursements form the Trustee must file a proof of claim. The Trustee will pay the allowed claims, as filed, provided for in the plan, unless disallowed or expressly modified by the Court and / or the terms of the plan. If no claim is filed, the Trustee will not pay a creditor provided for in the plan, unless ordered by the Court. If the Trustee is to make POST-PETITION REGULAR MONTHLY PAYMENTS to any Secured obligation, then a proof of claim must be filed including the following information: account number, address, due date and regular monthly payment. Secured creditor must notify any change in the monthly payment, three (3) months prior to the effective date of new payment. Those post-petition monthly payments will not exceed the life of the plan. • See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   [✓] directly. [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
[ ] 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

**PLAN DATED:** _____
[✓] PRE [ ] POST-CONFIRMATION

[✓] **AMENDED PLAN DATED:** septiembre 4, 2011
FILED BY [✓] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

$ 350 x 15 = $ 5,250
$ 405 x 45 = $ 18,225
$ _____ x _____ = $ 0
$ _____ x _____ = $ 0
$ _____ x _____ = $ 0
TOTAL = 60  $ 23,475

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from

[ ] Sale of property identified as follows:
Tax refunds will be devoted each year, as periodic payments, to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount
[✓] Other: increasing the base thereby without the need of further notice, hearing or Court order. If need be for the use by debtor of a portion of such refund, debtor shall seek court's authorization prior to any use of funds.

Periodic Payments to be made other than and in addition to the above.
$ _____ x _____ = $ 0

To be made on: _____

**PROPOSED PLAN BASE:** $ 23,475

### II. ATTORNEY'S FEES
To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement: $ 3,000
b. Fees Paid (Pre-Petition): ($ 300 )
c. R 2016 Outstanding balance: $ 2,700

d. Post Petition Additional Fees: $ 0
e. Total Compensation: $ 3,000

Signed: s/Jesús M. Martínez Fuentes
DEBTOR  JESUS M. MARTINEZ FUENTES

JOINT DEBTOR

### III. DISBURSEMENT SCHEDULE SEQUENCE

**A. SECURED CLAIMS:** [ ] Debtor represents that there are no secured claims.
[✓] Secured creditors will retain their liens and shall be paid as follows:

[1] ADEQUATE PROTECTION Payments: Cr. Popular Auto  $ 100
Until Confirmation

[ ] Trustee will pay secured ARREARS:
Cr. _____  Cr. _____  Cr. _____
Acct. _____  Acct. _____  Acct. _____
$ _____  $ _____  $ _____

[ ] Trustee will pay REGULAR MONTHLY PAYMENTS:
(please refer to the above related notice, for important information about this provision)
Cr. _____  Cr. _____  Cr. _____
Acct. _____  Acct. _____  Acct. _____
Monthly Pymt.$ _____  Monthly Pymt.$ _____  Monthly Pymt.$ _____

[2] Trustee will pay IN FULL Secured Claims:
Cr. POPULAR AUTO  Cr. _____  Cr. _____
$ 9,962.83  $ _____  $ _____
POC #5-1

[ ] Trustee will pay VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
$ _____  $ _____  $ _____

[2] Secured Creditor's interest will be insured. INSURANCE POLICY will be paid through plan:
Cr. POPULAR AUTO  Ins. Co. UNIVERSAL  Premium: $ 45
(Please indicate in "Other Provisions" the insurance coverage period)

[ ] Debtor SURRENDERS COLLATERAL TO Lien Holder:

[ ] Debtor will maintain REGULAR PAYMENTS DIRECTLY to:

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
[3] IRS ($105.69) POC #6-2; HACIENDA $90.74

**C. UNSECURED PREFERRED:** Plan [ ] Classifies [✓] Does not Classify Claims.
[ ] Class A: [ ] Co-debtor Claims: [ ] Pay 100% / [ ] "Pay Ahead": _____
[ ] Class B: [ ] Other Class: _____
[ ] Cr. _____  [ ] Cr. _____  [ ] Cr. _____
$ _____  $ _____  $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ 0 )
[ ] Will be paid 100% plus _____ % Legal Interest. [4] Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**
a. ABOVE MEDIAN/60 MO. COMMITMENT PERIOD; UNSECURED POOL = $0.00;
b. Insurance Coverage for Collateral held by Popular Auto becomes effective upon maturity of contract due on Jan. 15, 2014; c. Confirmation of this plan constitutes a finding that Debtor has timely complied with all of Debtor's duties under 11 USC §521, and that the plan and the bankruptcy case were both filed in good faith.

ATTORNEY FOR DEBTOR: ANGEL M. EGOZCUE & ASSOCIATES  Phone: (787) 781-5635

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 11-05546-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Mon Sep  5 11:31:49 AST 2011 | BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN, PR 00902-4140 |
| POPULAR AUTO<br>VERONICA DURAN CASTILLO  ESQ<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 | PR DEPARTMENT OF LABOR<br>PRUDENCIO RIVERA MARTINEZ BLDG<br>505 MUNOZ RIVERA AVENUE<br>12 FLOOR<br>SAN JUAN, PR 00918 | US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |
| US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AUTORIDAD DE ENERGIA ELECTRICA<br>PO BOX 363508<br>SAN JUAN PR   00936-3508 | BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN PR   00936-4745 |
| BANCO BILBAO VIZCAYA<br>PO BOX 71113<br>SAN JUAN PR 00936-8013 | BANCO POPULAR DE PR<br>PO BOX 15011<br>SAN JUAN PR 00902-8511 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN PR   00902-4140 |
| DORAL BANK<br>PO BOX 70308<br>SAN JUAN PR   00936-8308 | HSBC RETAIL SERVICES<br>PO BOX 60148<br>CITY OF INDUSTRY,CA 91716-0148 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA   19101-7346 |
| ISLAND FINANCE<br>PO BOX 71504<br>SAN JUAN PR 00936-8604 | JC PENNEY<br>PO BOX 960090<br>ORLANDO FL   32896-0090 | MACY'S<br>BANKRUPTCY PROCESSING<br>PO BOX 8053<br>MASON OH 45040-8053 |
| (p)PENTAGON FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 1432<br>ALEXANDRIA VA<br>22313-1432 | POPULAR AUTO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | SAM'S CLUB<br>PO BOX 965003<br>ORLANDO FL   32896-5003 |
| SANTANDER FINANCIAL D/B/A ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR 00919-5369 | VERIZON WIRELESS<br>PO BOX 70367<br>SAN JUAN PR   00936-8367 | ANGEL M EGOZCUE<br>ANGEL M EGOZCUE & ASSOCIATES<br>PO BOX 366087<br>SAN JUAN, PR 00936-6087 |
| FEDERAL LITIGATION DEPT. OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | JESUS M MARTINEZ FUENTES<br>URB OCEAN PARK<br>2158 TNTE LAVERGNE STREET<br>SAN JUAN, PR 00913-4511 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PENTAGON FEDERAL CREDIT UNION
P.O. BOX 1432
ALEXANDRIA, VA 22313

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)HSBC BANK OF NEVADA          (u)JESUS M. MARTINEZ FUENTES          End of Label Matrix
                                                                       Mailable recipients    27
                                                                       Bypassed recipients     2
                                                                       Total                  29